Feb 7th, 2017

Re: Tamral Guzman # 43512-074

Dear Honorable Judge Varlen,

    My name is Ryan Gardner and I am the brother of Tamral Guzman who is currently incarcerated at FMC, Carswell. She was convicted in the Eastern District of Tennessee (Knoxville) under case numbers 3:10-CR-0061-1 and 3:12-CR-00153-1. I am writing this letter on behalf and attest to the type of person she is.

I currently work as a physician in a mid-size hospital. I also do a lot of volunteer work for a local church youth group and serve as a scoutmaster in the community.

I have known Tamral all my life and I feel I know her well. Tamral is one of the most kind-hearted people I know. She is a very caring person and has always tried to help others throughout her life, even when she has had very little. As far as I know she has not taken illegal drugs and has always opposed them and hated them. Tamral has been a hard working good citizen her entire life. She is a breast cancer survivor and is a mother of three that needs her love and support.

I love this country. I am, and always have been, a large advocate for the law and I fully support the United States constitution and laws. I realize Tamral has done wrong by filling out some signed prescriptions and I believe she should be punished for this. But I don't think she should serve years in prison for such a crime. I think anyone who knows Tamral's true character would agree with me. I'm sure she had no malicious intent when she did this. I believe, as a tax paying citizen, that it would be a huge waste of taxpayer money to keep Tamral in prison for an extended period of time and I believe that any US citizen that knows Tamral as I do would think the same. I'm sure Tamral would be a much greater benefit to society out of prison as opposed to in prison unlike many other criminals out there.

Thank you and may God bless you in making your decision.

Ryan Gardner, D.O. M.P.H.
3524 Stone Ridge Pl.
Redding, CA 96001



Picture of Tamral (top center) with our mom and siblings. I am on lower left.

Ryan Gardner
3524 Stone Ridge Pl.
Redding, CA 96001

United States District Court
Eastern District of Tennessee
c/o Judge Varlen
800 market Street
Suite 130
Knoxville, TN 37902

RECEIVED
FEB 20 2017
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED

SACRAMENTO CA 957
16 FEB 2017 PM 6 L

37902-230330