March 6, 2017

The Honorable Thomas A. Varlan
Clerk of the Court
United States District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

Your Honor

PLEA FOR RELEASE OF TAMRAL GUZMAN #43512074

I hope and pray that Tamral Guzman will be freed from prison. Tamral has expressed to me her remorse for the wrongs she has committed. I firmly believe her release would be in the best interest of society and family members, who continue to suffer along with Tamral while she remains incarcerated.

Tamral has good goals. She wants to be a dialysis technician. Some classes she has taken in prison sparked this interest. We can see why she wants a career in health care. She has two brothers who are doctors—one is an army major—a sister who is a nurse, and a brother-in-law who is a doctor.

Tamral enjoys learning and helping others. She teaches other inmates how to do crafts. As a student, Tamral was always willing to help her teachers. At Stevens-Henager College she was an "A" student.

I know that Tamral would contribute to society and relieve the taxpayer from the cost of continued imprisonment of a nonviolent person. She comes from a family that believes in obeying the law, serving others, and worshipping our Almighty God.

Her ill mother, three daughters and three granddaughters need her. We all need her and will help her with her transition back into society.

Most respectfully submitted

Rodney C. Gardner. MEd
822 W 660 S
Tooele, UT 84074
Gardner.rodney@gmail.com
801-822-089

RODNEY C GARDNER MED
822 W 660 S
TOOELE UT 84074-3263



SALT LAKE CITY UT 840
08 MAR 2017 PM 1 L

The Honorable Thomas A. Varlan
Clerk of the Court
U.S. District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

37902-230330



INSPECTED

RECEIVED
MAR 13 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville