March 7, 2017

The Honorable Thomas A. Varlan
Clerk of the Court
United States District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

Your Honor

REQUEST FOR RELEASE OF TAMRAL GUZMAN #43512074

Tamral has great resolve! Each challenge that she faces, she is determined to make the best of it. Granted, she was encouraged to skip her trial, but Tamral is naïve about whom to trust for advice, except for her family.

Tamral knew her family, especially her disabled mother, would be extremely distressed should her imprisonment become a reality. As far as I know, Tamral did not consult with any family member about running away from her trial. We all would have stopped her from doing that no matter what the outcome of her trial would be.

Having served on a federal grand jury for over a year, I personally tried to convince her to accept the plea-bargaining deal of ten years. However, as a step mom I have less clout then others. Tamral wrote to us explaining why she didn't take the plea bargain, she wrote: "I really didn't understand what I did wrong at the time so I wasn't going take a plea to what they were saying and say guilty for not even understanding what I was guilty for . . . I just thank God for giving me a family that loves me unconditionally. love always"

My request is that you consider her time served be applied against the ten year plea deal, even though she did not have the wisdom to accept it when it was offered.

I can see Tamral's imprisonment has deteriorated the health of her mother, made her children feel abandoned and has broken her father's heart. It seems like the whole family is in prison with Tamral. Release with probation may be an option?

Respectfully submitted

*Theresa M. Gardner*

Theresa M. Gardner
822 W 660 S
Tooele, UT 84074
801 822-0893



Mrs Theresa M Gardner
822 W 660 S
Tooele, UT 84074



The Honorable Thomas A. Varlan
Clerk of the Court
United States District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

37902-230330

RECEIVED
MAR 14 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville